```
John D. Schlotter - SBN 629456
McCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
Telephone: 770-643-7200
Facsimile: 770-643-4176

Attorney for Secured Creditors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| In re: | Case No.: 08-40020 |
| | Chapter: 13 |
| TANNIS KRISTINE KRISTJANSON | |
| | NOTICE OF APPEARANCE AND |
| Debtor. | REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE UNITED STATES TRUSTEE:

The undersigned files this Notice of Appearance as attorney for Secured Creditors Countrywide Home Loans, Inc.; (collectively hereafter as "Creditors") in accordance with Bankruptcy Rule 9010(b) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, including all notices required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the attorney for Creditors at the address listed below:

1
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

```
          McCALLA RAYMER, LLC
          1544 Old Alabama Road
          Roswell, Georgia 30076
```

and to the loan servicing agent for the Creditors at:

```
          Prommis Solutions, LLC
          1544 Old Alabama Road
          Roswell, Georgia 30076
```

Dated: January 10, 2008            Respectfully Submitted

                                              McCALLA RAYMER, LLC

                                              /S/   John D. Schlotter
                                              John D. Schlotter, Attorney for
                                              Secured Creditors