```
PATRICK L. FORTE
Attorney at Law
State Bar #80050
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328


Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Chapter 13

TANNIS KRISTINE KRISTJANSON              No.  08-40020 LT13

**DECLARATION IN SUPPORT OF**
**CONFIRMATION (STEP-UP PAYMENTS)**

                    Debtor.
_____/

I, TANNIS KRISTINE KRISTJANSON, declare:

1. I am the debtor herein.

2. I am a realtor. The real estate market has been very poor and I have had very little income since March, 2007. To supplement my income I became a sales representative for Usana Health Sciences in August, 2007. I anticipate that between my Usana commissions and an increase in real estate commissions, I will be able to increase my Chapter 13 payments after six (6) months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, CA on January 31, 2008.

                              /s/ Tannis Kristine Kristjanson
                              Tannis Kristine Kristjanson

Page 1 of 1

Case: 08-40020   Doc# 16   Filed: 02/05/08   Entered: 02/05/08 14:25:09   Page 1 of 1